



2004 DEC 17 PM 2: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRIN NEWMAN | CIVIL ACTION |
| -VERSUS- | NUMBER 04-2518 |
| KMJ SERVICES, INC. | SECTION T (2)<br>JUDGE PORTEOUS<br>MAGISTRATE WILKINSON |

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, KMJ Services, Inc., who responds to plaintiff's Petition for Damages as follows:

### FIRST DEFENSE

The Petition for Damages fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The claims asserted by plaintiff, Darrin Newman, against KMJ Services, Inc. are barred by the applicable period of prescription, statute of limitations and/or laches.

### THIRD DEFENSE

And now, without waiving any defenses, denials, claims, assertions, allegations or responses, defendant, KMJ Services, Inc., responds to the allegations of plaintiff's Petition for Damages categorically and by paragraph as follows:

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___

I.

The allegations of Paragraph 1 of the Petition for Damages are admitted only as to the status of KMJ Services, Inc. All other remaining allegations in paragraph 1 do not require a response from this defendant as it contains a legal conclusion. But, in an abundance of caution, the allegations contained in paragraph 1 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

II.

The allegations of Paragraph 2 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

III.

The allegations of Paragraph 3 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations of Paragraph 4 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph 5 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations of Paragraph 6 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph 7 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations of Paragraph 8 of the Petition for Damages are denied.

IX.

The allegations of Paragraph 9 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph 10 of the Petition for do not require a response from this defendant as it contains a legal conclusion. But, in an abundance of caution, the allegations contained in paragraph 10 of the Petition for Damages are denied.

XI.

The allegations of Paragraph 11 of the Petition for Damages are denied.

XII.

NOW FURTHER ANSWERING, and as a separate and complete defense, the injuries complained of, if any, were not caused by any negligence of this defendant, but resulted solely

from acts or omissions on the part of plaintiff, Darrin Newman, which acts or omissions are specifically pled in bar to or in diminution of any recovery herein. Alternatively, if there as any negligence or fault on the part of anyone other than plaintiff, which is denied, in any way constituting a proximate cause of the alleged accident made the basis of this litigation, such negligence, conduct, or fault was that of persons or parties other than this defendant or others from whom this defendant would not be responsible.

XIII.

NOW FURTHER ANSWERING, and as a separate and complete defense, or in the alternative, and solely in the event that this Court finds and holds KMJ Services, Inc. liable for any negligence which contributed proximately to the accident complained of, which negligence is specifically denied, then defendant, KMJ Services, Inc., specifically pleads the comparative negligence of plaintiff as a bar or diminution of any recovery by plaintiff herein, such comparative negligence consisting of, but not limited to, the following acts and omissions:

a)  Failing to maintain a proper lookout;

b)  Failing to take due precautions to avoid an accident; and

c)  Any other acts of negligence which may be adduced at the time of trial.

XIV.

The alleged accident and injuries complained of, if any, were cased as a result of an unavoidable accident for which this defendant can not be held legally responsible.

XV.

The alleged accident and injuries complained of, if any, were not caused by any acts or omissions on the part of this defendant and, as such, it bears no liability herein.

XVI.

Any and all duties owed to plaintiff by this defendant has been fully discharged.

XVII.

Plaintiff has failed to mitigate his damages, if any. KMJ Services, Inc. avers that the damages sustained by the plaintiff were due to risks incidental to the use of the vessel and were assumed by him, and did not result from circumstances from which this defendant can be held liable.

XVIII.

As a separate and complete defense, defendant claims the benefits conferred upon it by the various statutes of the United States pertaining to the Limitation of Liability by Shipowners, specifically 46 U.S.C. App. §183, *et. seq.*

XIX.

Defendant is entitled to and respectfully requests a trial by jury.

WHEREFORE, KMJ Services, Inc. prays that this answer be deemed good and sufficient and that after all legal delays and due proceedings had, there be judgment rendered herein in their favor and against petitioner, Darrin Newman, rejecting and denying petitioner's demands at

petitioner's costs, and dismissing KMJ Services, Inc. KMJ Services, Inc. further requests any and all legal, general, and equitable relief this Court deems fit and proper to award.

                Respectfully Submitted,

                **STAINES & EPPLING**

                _____
                ANTHONY J. STAINES (12388)
                ALEJANDRO E. GÓMEZ (25399)
                3500 North Causeway Boulevard, Suite 820
                Metairie, LA 70002
                Telephone: (504) 838-0019
                Facsimile: (504) 838-0043
                Counsel for KMJ Services, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 10th day of December, 2004, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed, and first class postage pre-paid.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRIN NEWMAN | CIVIL ACTION |
| -VERSUS- | NUMBER 04-2518 |
| KMJ SERVICES, INC. | SECTION T (2)<br>JUDGE PORTEOUS<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : : :

## JURY ORDER

**IT IS HEREBY ORDERED** that the said request for jury trial be and the same is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2004.

_____
JUDGE