## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARRIN NEWMAN** | * | **CIVIL ACTION NO. 04-2518** |
| | * | |
| **VERSUS** | * | **SECTION "T"** |
| | * | |
| **KMJ SERVICES, INC.** | * | **MAGISTRATE DIV. 2** |

*******************************************

## STATEMENT OF CONTESTED FACTS

COMES NOW Darrin Newman to supply the following statement of contested facts.

1.

Darrin Newman thought that the procedure used to effect the personnel transfer via personnel basket was unsafe.

2.

There was no signalman or flagman supplied by M/V John B at the time the personnel basket transfer was being executed.

3.

Darrin Newman was not in a position to request that the M/V John B be moved after the personnel basket was lifted off of the platform.

4.

KMJ Services, Inc. did not follow customary procedures in effecting the transfer of the personnel basket.

5.

At the time Steve Moore began the transfer, he thought it could be performed safely.

6.

The deck of the M/V John B was crowded and unsafe.

7.

The M/V John B should have been moved out away from the platform prior to the transfer.

8.

Orand Terrebonne was negligent in failing to give the proper signals and in failing to properly position himself in view of the crane operator.

9.

The Captain of the M/V John B did not properly instruct Orand Terrebonne on the performance of his task as a signalman.

10.

The failure of the vessel to supply proper signalmen was a cause of the accident.

11.

The failure of the Captain of the vessel to properly respond to the notice that a man was being transferred was a cause of the accident.

By attorneys:

TALBOT, CARMOUCHE & MARCELLO
214 W. Cornerview
P.O. Box 759
Gonzales, LA 70707-0759
Tele.: (225)-644-7777
Fax No: (225) 644-5226

_____
Victor L. Marcello (#9252)
Donald T. Carmouche (#2226)
John H. Carmouche (#22294)
Kenneth Jay DeLouche (#28550)
William R. Coenen, III (#27410)

Grady J. Abraham (#24739)
ATTORNEY AT LAW
120 E. Third St.
P.O. Drawer 2309
Lafayette, LA 70502-2309
Tele.: (337) 234-4523
Fax: (337) 234-4547

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARRIN NEWMAN** | * | CIVIL ACTION NO. 04-2518 |
| | * | |
| **VERSUS** | * | SECTION "T" |
| | * | |
| **KMJ SERVICES, INC.** | * | MAGISTRATE DIV. 2 |

*******************************************

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and forgoing pleadings have been forwarded to all known counsel of record by placing same in the United States mail, postage prepaid, and properly addressed.

Anthony J. Staines
STAINES & EPPLING
3500 N. Causeway Blvd., Suite 820
Metairie, LA 70002
*Attorney for KMJ Services*

Bertrand M. Cass, Jr.
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine St.
New Orleans, LA 70130-3672
*Attorney for Baker M/O Services, Inc.*

James M. Tompkins
Timothy William Hassinger
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras St., 40th Floor
New Orleans, LA 70139
*Attorneys for Abdon Callais Offshore, L.L.C.*

Russell Keith Jarrett
Kelly T. Scalise
LISKOW & LEWIS
One Shell Square
701 Poydras St., Ste. 6000
New Orleans, LA 70139-5099
*Attorney for El Paso Production Co., and El Paso Production Oil & Gas Co.*

Henry H. LeBas
Jason Boudreaux
LAW OFFICES OF HENRY H. LEBAS
201 Rue Iberville, Suite 600
Lafayette, Louisiana 70508
*Attorneys for Zurich American Insurance Co.*

Susan A. Daigle
DAIGLE, CRAWFORD & JAMISON, LLC
Post Office Box 3667
Lafayette, LA 70502-3667
*Attorneys for Wood Group Logging Services, Inc., and Operators and Consulting Services, Inc.*

Gonzales, Louisiana this 25th day of April, 2006.

Victor L. Marcello